Lyne A. Richardson CA Bar No. 143566
lyne.richardson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Drive, Suite 990
San Diego, CA  92122
Telephone:   310-217-8191
Facsimile:    310-217-8184

Attorneys for Defendant
SOUTHWEST KEY PROGRAMS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, an individual; ROBERTO NAVA, an individual; and AZAEL SANCHEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST KEY PROGRAM, INC., a foreign nonprofit; and DOES 1 through 50,<br><br>Defendant. | Case No. **'19CV1281 BEN BLM**<br><br>**DECLARATION OF LYNE A. RICHARDSON IN SUPPORT OF REMOVAL**<br><br>[Filed concurrently with Civil Cover Sheet, Defendant's Notice of Removal, Certificate of Interested Parties and Corporate Disclosure Statement]<br><br>Complaint Filed: June 4, 2019<br>Trial Date:         None |

I, Lyne A. Richardson, declare as follows:

1. I am an attorney licensed to practice before all of the Courts of the State of California and before the District Court for the Southern District of California. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Counsel of record for Southwest Key Programs, Inc. ("Defendant"). I have personal knowledge of all the facts set forth below, and if called upon to testify to same, I could and would do so competently and truthfully.

2. Attached hereto as Exhibit C is a true and correct copy of the Statement of Information (Foreign Corporation). This document was obtained from the California Secretary of State's website. This document shows that Defendant's principal place of business is in Texas. Attached hereto as Exhibit D is the Restated Certificate of Formation for Southwest Key Programs, Inc. from the Texas Secretary of State which states that it is adopted pursuant to the Texas Business Organization Code and that it is a Texas corporation.

3. On June 10, 2019, Plaintiffs personally served Defendant with the Summons and Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 10, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Lyne A. Richardson*
Lyne A. Richardson
Attorneys for Defendant
SOUTHWEST KEY PROGRAMS, INC.

11348118.1

# EXHIBIT E



# Secretary of State
## Statement of Information
(California Stock, Agricultural Cooperative and Foreign Corporations)

**SI-550**

**114**

**FILED**
Secretary of State
State of California

**MAR 14 2018**

**IMPORTANT** — Read instructions **before completing this form.**

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

NF

*This Space For Office Use Only*

**1. Corporation Name** (Enter the **exact** name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

Southwest Key Program, Inc.

**2. 7-Digit Secretary of State File Number**

**C1969099**

**3. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>6002 Jain Lane | Austin | TX | 78721 |
| b. Mailing Address of Corporation, **if different than Item 3a** | | | |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box<br>808 Grayson Road | Pleasant Hill | CA | 94523 |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| a. Chief Executive Officer/<br>Juan | | | Sanchez | | | |
| Address<br>6002 Jain Lane | | City<br>Austin | | State<br>TX | Zip Code<br>78721 | |
| b. Secretary<br>Rachel | | | Luna | | | |
| Address<br>6002 Jain Lane | | City<br>Austin | | State<br>TX | Zip Code<br>78721 | |
| c. Chief Financial Officer/<br>Melody | | | Chung | | | |
| Address<br>6002 Jain Lane | | City<br>Austin | | State<br>TX | Zip Code<br>78721 | |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Orlando | | Martinez | |
| Address<br>6002 Jain Lane | City<br>Austin | State<br>TX | Zip Code<br>78721 |

b. Number of Vacancies on the Board of Directors, if any: 

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation)<br>Kavita | Middle Name | Last Name<br>Sharma | Suffix |
|---|---|---|---|
| b. Street Address (if agent is not a corporation) - **Do not enter a P.O. Box**<br>808 Grayson Road | City<br>Pleasant Hill | State<br>CA | Zip Code<br>94523 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

Describe the type of business or services of the Corporation
Nonprofit community-based programs

**8. The Information contained herein, including in any attachments, is true and correct.**

3/13/2018 | Rachel Luna | Corp. Secretary | [signature]
Date | Type or Print Name of Person Completing the Form | Title | Signature

SI-550 (REV 01/2017)

4/12

2017 California Secretary of State
www.sos.ca.gov/business/be



**Attachment to Statement of Information**
(California Stock and Agricultural Cooperative Corporations)

**SI-550A Attachment**

**A. Corporation Name**

Southwest Key Program, Inc.

**B. 7-Digit Secretary of State File Number**

C1969099

This Space For Office Use Only

**C. List of Additional Director(s)** – If the corporation has more than one director, enter the additional directors' names and addresses.

| | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| 5b. | Anselmo | | Villarreal | |
| | Address | City (no abbreviations) | State | Zip Code |
| | 6002 Jain Lane | Austin | TX | 78721 |
| 5c. | Rosa | | Santis | |
| | 6002 Jain Lane | Austin | TX | 78721 |
| 5d. | Elizabeth | | Gonzales | |
| | 6002 Jain Lane | Austin | TX | 78721 |
| 5e. | David | | Marshall | |
| | 6002 Jain Lane | Austin | TX | 78721 |
| 5f. | Victor | | Garza | |
| | 6002 Jain Lane | Austin | TX | 78721 |
| 5g. | | | | |
| | | | | |
| 5h. | | | | |
| | | | | |
| 5i. | | | | |
| | | | | |
| 5j. | | | | |
| | | | | |

# EXHIBIT F

## RESTATED CERTIFICATE OF FORMATION

## FOR

## SOUTHWEST KEY PROGRAMS, INC.

**FILED**
In the Office of the
Secretary of State of Texas

JUL 01 2008

**Corporations Section**

### ARTICLE I.

Southwest Key Programs, Inc. (the "Corporation"), pursuant to the relevant provisions of the Texas Business Organizations Code, hereby adopts the Restated Certificate of Formation, which accurately copies its Articles of Incorporation and all amendments thereto that are in effect to date, and as further amended by such Restated Certificate of Formation as hereinafter set forth, and which contains no other change in any provision thereof.

### ARTICLE II.

The Articles of Incorporation of the Corporation, and all amendments and supplements thereto, are hereby superseded by the following Restated Certificate of Formation set forth as **Exhibit A**, which accurately copies the entire text thereof, as amended and set forth above.

### ARTICLE III.

The Articles of Incorporation of the Corporation are amended by this Restated Certificate of Formation as follows:

A.  Article II is amended to provide that the Corporation shall have all of the powers, duties and responsibilities, as provided in the Texas Business Organizations Code that apply to nonprofit corporations, except that the Corporation shall not engage in any activity that would jeopardize its tax-exempt status as an organization, as described in Section 501(c)(3) of the Internal Revenue Code of 1986.

B. Article III is deleted in its entirety to reflect that the Texas Business Organizations Code automatically treats a corporation's duration as perpetual, unless otherwise provided in the governing documents.

C. Article IV is restated as Article III and amended to better describe the charitable purposes and mission of the Corporation.

D. Article V is deleted in its entirety.

E. Article VI is deleted in its entirety. Language regarding restrictions and requirements of the Corporation has been included in the restated Article III.

F. Article VII is restated as Article IV.

G. Article VIII is restated as Article V.

H Article IX is restated as Article VI and is restated to clarify the powers and authority of such directors to alter this Certificate of Formation and the Corporation's bylaws.

I. Article X is restated as Article VII and amended to clarify the limitations on the liabilities of directors.

K. Article XI is restated as Article VIII and amended to clarify whom the Corporation may indemnify.

L. Article XII is deleted in its entirety.

M. Article XIII is deleted in its entirety.

## ARTICLE IV.

The Corporation has no members. Each amendment made by this Restated Certificate of Formation has been effected in conformity with the provisions of the Texas Business Organizations Code, and such Restated Certificate of Formation, including each such amendment, was duly adopted by a vote of the majority of the board of directors of the Corporation on April 18, 2008.

I am an officer of the Corporation, and I execute this Restated Certificate of Formation on the Corporation's behalf on this 1st day of July, 2008.

Southwest Key Programs, Inc.
A Texas Nonprofit Corporation

By: _____
Juan. J. Sanchez
President

Restated Certificate of Formation of Southwest Key Programs, Inc.
Page 3 of 3

# EXHIBIT A

# RESTATED CERTIFICATE OF FORMATION

## OF

## SOUTHWEST KEY PROGRAMS, INC.

### ARTICLE I.
### NAME

**1.1** The name of the corporation is Southwest Key Programs, Inc. (the "Corporation").

### ARTICLE II.
### NONPROFIT CORPORATION

**2.1** The Corporation is a nonprofit corporation and shall have all of the powers, duties, authorizations and responsibilities as provided in the Texas Business Organizations Code. Notwithstanding the foregoing, the Corporation shall neither have nor exercise any power, nor engage directly or indirectly in any activity, that would invalidate its status as an organization exempt from federal income tax as described in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or in any corresponding provision or provisions of any subsequent United States Internal Revenue law or laws (the "Code"). Upon its dissolution, all of the assets of the Corporation will be distributed to an organization exempt from taxes under Section 501(c)(3) of the Code. Any such assets not so disposed of shall be disposed of by a court of competent jurisdiction of the county in which the principal office of the Corporation is then located, exclusively for charitable purposes or to such organization or organizations, as such court shall determine, which are organized and operated exclusively for public charitable purposes.

SOUTHWEST KEY PROGRAMS Fax:5124622028   Jul  1 2008 12:05pm   P006/018

## ARTICLE III.
## PURPOSES

**3.1** The Corporation is organized and, at all times hereafter, will be operated exclusively for charitable, educational, literary and scientific purposes within the meaning of Section 170(c)(2) and Section 501(c)(3) of the Code. The nature of the charitable activities to be conducted, or the purposes to be promoted or carried out by the Corporation include, but are not limited to, the following:

(1) To sponsor community-based programs that offer alternatives to youth;

(2) To promote educational activities;

(3) To offer shelter to young and/or elderly persons, either directly at one of the Corporation's facilities or indirectly by sponsoring housing programs;

(4) To support and/or engage in community and economic development programs;

(5) To participate in leadership, development and empowerment initiatives for both individuals and the community;

(6) To conduct family-related programs, such as child care management systems, fatherhood training and foster care; and

(7) To carry on any other activity or exercise any other power in connection with the foregoing, or otherwise designed to promote the interests of the Corporation, to the extent permitted under Texas law and the Code.

**3.2** The Corporation may not take any action that would be inconsistent with the requirements of its tax exemption under Section 501(c)(3) of the Code and related regulations, rulings and procedure.

**3.3** The Corporation is not organized, nor shall it be operated for the primary purpose of generating pecuniary gain or profit. The Corporation may not pay dividends or other corporate income to its directors or officers, or otherwise accrue distributable profits, or permit the realization of private gain. No part of the net earnings of the Corporation shall inure to the benefit of any director of the Corporation, officer of the Corporation, or any private individual, except reasonable compensation which may be paid for services rendered to or for the Corporation affecting one or more of its charitable purposes. No director or officer of the Corporation, or any private individual, shall be entitled to share in the distribution of any of the corporate assets on dissolution of the Corporation.

**3.4** No substantial part of the activities of the Corporation shall include the carrying on of propaganda, or otherwise attempting to influence legislation. The Corporation shall not participate or intervene in, any political campaign on behalf of, or in opposition to, any candidate for public office, including the publication or distribution of statements.

## ARTICLE IV.
## MEMBERSHIP

**4.1** There will be no members of the Corporation.

## ARTICLE V.
## REGISTERED AGENT AND OFFICE

**5.1** The street address of the registered office of the Corporation is 6002 Jain Lane, Austin, Texas 78721, and the name of the registered agent at such address is Juan J. Sanchez.

## ARTICLE VI.
## MANAGING BODY OF THE CORPORATION

6.1   The management of the Corporation is vested in its board of directors and such committees of the board that the board may, from time to time, establish. The number of directors may be increased or decreased by amending the Corporation's bylaws. The number of directors may not be decreased to fewer than specified in the Corporation's bylaws. The power to alter, amend or repeal this Restated Certificate of Formation and the Corporation's bylaws, and to adopt new bylaws, shall be vested in the Corporation's board of directors.

The board of directors consists of the following persons at the present time:

> Gustavo L. García, 6002 Jain Lane Austin, Texas 78721
>
> Edward L. Cline, 6002 Jain Lane Austin, Texas 78721
>
> Victor Garza, 6002 Jain Lane Austin, Texas 78721
>
> Ofelia de los Santos, 6002 Jain Lane Austin, Texas 78721
>
> Frank Félix, 6002 Jain Lane Austin, Texas 78721
>
> Otis B. Head, 6002 Jain Lane Austin, Texas 78721
>
> Orlando L. Martínez, 6002 Jain Lane Austin, Texas 78721
>
> Catherine Pena, 6002 Jain Lane Austin, Texas 78721

## ARTICLE VII.
## LIMITATION ON LIABILITY OF DIRECTORS

7.1   No member of the board of directors of the Corporation shall be liable, personally or otherwise, to the Corporation for monetary damages caused by an act or omission occurring in the director's capacity as a director for the Corporation, except as otherwise provided by applicable Texas law; provided, however, that this relief from liability shall not apply in any instance where such relief is inconsistent with any provision applicable to corporations described in Section 501(c)(3) of the Code.

## ARTICLE VIII.
## INDEMNIFICATION

**8.1** The board of directors of the Corporation, in its sole discretion, shall have the power on behalf of the Corporation to indemnify persons for whom indemnification is permitted by applicable Texas law, to the fullest extent permissible under Texas law and to the extent permissible by a tax-exempt organization described in Section 501(c)(3) of the Code. Such determination regarding requirements and limitations of indemnification by the Corporation shall be further specified within the Corporation's bylaws. Additionally, the board of directors may purchase such liability, indemnification, and/or other similar insurance as the board of directors may, from time to time, deem necessary or appropriate.

I am an officer of the Corporation and I execute this Restated Certificate of Formation on the Corporation's behalf on this 1st day of July, 2008.

**Southwest Key Programs, Inc.**
A Texas Nonprofit Corporation

By: _____
Juan. J. Sanchez
President