Lyne A. Richardson CA Bar No. 143566
lyne.richardson@ogletree.com
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 310-217-8191
Facsimile: 310-217-8184

Attorneys for Defendant
Southwest Key Programs, Inc. (erroneously sued as Southwest Key Program, Inc.)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, an individual; ROBERTO NAVA, an individual; and AZAEL SANCHEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWET KEY PROGRAM, INC., a foreign nonprofit; and DOES 1 through 50,<br><br>Defendant. | Case No. 3:19-cv-01281-JLS (BLM)<br><br>**DECLARATION OF LYNE A. RICHARDSON**<br><br>Complaint Filed: June 4, 2019<br>Trial Date: None |

1

Case No. 3:19-cv-01281-JLS (BLM)
**DECLARATION OF LYNE A. RICHARDSON**

I, Lyne A. Richardson, declare:

1. I am an attorney at law duly licensed and admitted to the United States District Court for the Southern District of California. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Southwest Key Programs, Inc. (erroneously sued as Southwest Key Program, Inc.) ("Defendant" or "Southwest Key"). I am familiar with the facts and circumstances reflected below and surrounding this litigation. If called as witness, I could and would competently testify to the following.

2. The deadline for the parties to file a joint motion for a protective order is currently September 6, 2019, pursuant to the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings.

3. The parties are still meeting and conferring regarding the terms of their agreement for handling confidential documents and information, and have therefore stipulated to a one-week continuance of the deadline to file a joint motion for a protective order. Attached hereto as **Exhibit A** is a true and correct copy of the Joint Stipulation to Continue Deadline to File Joint Motion for Protective Order.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this sixth day of September, 2019 in Torrance, California.

*/s/ Lyne A. Richardson*
Lyne A. Richardson

# EXHIBIT A

Lyne A. Richardson CA Bar No. 143566
lyne.richardson@ogletree.com
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:  310-217-8191
Facsimile:   310-217-8184

Attorneys for Defendant
Southwest Key Programs, Inc. (erroneously sued as
Southwest Key Program, Inc.)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, an individual; ROBERTO NAVA, an individual; and AZAEL SANCHEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWET KEY PROGRAM, INC., a foreign nonprofit; and DOES 1 through 50,<br><br>Defendant. | Case No. 3:19-cv-01281-JLS (BLM)<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT MOTION FOR PROTECTIVE ORDER**<br><br><br>Complaint Filed: June 4, 2019<br>Trial Date:         None |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Maria Hernandez, Roberto Nava, and Azael Sanchez ("Plaintiffs") and Defendant Southwest Key Programs, Inc. (erroneously sued as Southwest Key Program, Inc.) ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, pursuant to the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings dated August 21, 2019, the parties shall file any joint motion for a protective order by September 6, 2019;

WHEREAS, the parties are still meeting and conferring regarding the terms of their agreement for handling confidential documents and information;

WHEREAS, the parties have agreed to stipulate to a one-week continuance of the deadline to file the joint motion for a protective order;

NOW THEREFORE, in consideration of the foregoing, the parties, by and through their undersigned counsel, hereby stipulate, agree, and request that the Court enter an Order to continue the deadline to file any joint motion for a protective order to September 13, 2019.

IT IS SO STIPULATED.

DATED: September 6, 2019        MARLIS LAW, P.C.

By: */s/ Brent P. Marlis*
Brent P. Marlis
Young K. Park
Attorneys for Plaintiffs
Maria Hernandez, Roberto Nava, Azael Sanchez

2                                Case No. 3:19-cv-01281-JLS (BLM)
**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT MOTION FOR PROTECTIVE ORDER**

1 | DATED: September 6, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Lyne A. Richardson*
Lyne A. Richardson
Attorneys for Defendant
Southwest Key Programs, Inc.
(erroneously sued as Southwest Key Program, Inc.)

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Plaintiff's counsel, Brent Marlis, and that I have obtained Mr. Marlis' authorization to affix his electronic signature to this document.

DATED: September 6, 2019             By: */s/ Lyne A. Richardson*

# CERTIFICATE OF SERVICE
*Hernandez, et al. v. Southwest Key Programs, Inc.*
Case No. 3:19-cv-01281-JLS (BLM)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles in the office of a member of the bar of this court at whose direction the service was made. My business address is 19191 S. Vermont Avenue, Suite 950, Torrance, CA 90502.

On September 6, 2019, I served the following document(s):

**DECLARATION OF LYNE A. RICHARDSON**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 6, 2019, at Torrance, California.

_____
Carolina Martis

# SERVICE LIST

| | |
|---|---|
| Brent P. Marlis, Esq.<br>Young K. Park, Esq.<br>MARLIS LAW, P.C.<br>10940 Wilshire Blvd., Suite 600<br>Los Angeles, CA  90024<br>Tel:      (310) 431-9355<br>Fax:     (424) 293-0516<br>Email:   brent@marlislaw.com<br>              young@marlislaw.com | Attorneys for Plaintiffs<br>MARIA HERNANDEZ, ROBERTO NAVA and AZAEL SANCHEZ |