UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, an individual, et al.,<br><br>                                       Plaintiffs,<br>v.<br>SOUTHWEST KEY PROGRAM, INC., a foreign nonprofit, et al.,<br><br>                                       Defendants. | Case No.: 19cv1281-JLS(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEFENDANTS' DISCOVERY MOTION TIMELINE**<br><br>**[ECF No. 14]** |

On December 19, 2019, Plaintiffs Maria Hernandez, Roberto Nava, and Azael Sanchez ("Plaintiffs") and Defendant Southwest Key Programs, Inc. ("Defendant") moved the Court to continue the deadline for Defendant to file a discovery motion to January 20, 2020. ECF No. 14 at 1. In support, the parties assert that continuing the deadline will "allow Plaintiffs sufficient time to provide substantive responses without objections" and will permit Defendant time "to file a discovery motion if needed." Id. at 2. In further support, the parties state that "Plaintiff's discovery responses were due on November 20, 2019" but that "Plaintiffs failed to provide" those responses. Id. Therefore, the parties claim that in order to "avoid unnecessary motion practice, the Parties stipulate to continue Defendant's deadline to file a discovery motion." Id. Good cause appearing, the Court **GRANTS** the parties joint motion. The deadline for Plaintiff to file a motion to compel further discovery responses is **January 20, 2020**. All other requirements set forth in this Court's August 21, 2019 Scheduling Order Regulating Discovery and other Pre-Trial Proceedings remain in effect. See ECF No. 7.

**IT IS SO ORDERED.**

Dated: 12/23/2019

Hon. Barbara L. Major
United States Magistrate Judge