UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, an individual; ROBERTO NAVA, an individual; and AZAEL SANCHEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST KEY PROGRAM, INC., a foreign nonprofit; and DOES 1 through 50,<br><br>Defendants. | Case No.: 19-CV-1281 JLS (BLM)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DISMISS CLAIMS AND PARTIES WITHOUT PREJUDICE**<br><br>(ECF No. 20) |

Presently before the Court is Plaintiffs' Maria Hernandez, Roberto Nova, and Azael Sanchez's Motion for Leave to File First Amended Complaint and Dismiss Claims and Parties Without Prejudice ("Mot.," ECF No. 20). Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 41(a)(2), Plaintiffs request that the Court dismiss without prejudice their causes of action for failure to (1) pay overtime wages, (2) provide meal breaks, (3) provide rest breaks, (4) furnish accurate itemized wage statements, and (5) provide final wages at separation, which "are better served as a class action," so that Plaintiffs may pursue those claims in the Private Attorney General Act action pending in this District, *Hernandez v. Southwest Key Program*, No. 3:19-cv-01636-AJB-AHG (S.D. Cal. filed Aug.

29, 2019). *See* Mot. at 3. The Motion is unopposed, *see* ECF No. 21, and the Court finds it suitable to determination on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1).

Good cause appearing, the Court **GRANTS** Plaintiffs' Motion. Plaintiffs **SHALL FILE** their First Amended Complaint, attached as Exhibit 2 to the Motion, within three (3) days of the electronic docketing of this Order.

**IT IS SO ORDERED.**

Dated: February 28, 2020

*[signature]*
Hon. Janis L. Sammartino
United States District Judge