UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARIA HERNANDEZ, an individual, et al., | Case No.: 19cv1281-JLS(BLM) |
|---|---|
| Plaintiffs, | **ORDER CONVERTING TELEPHONIC MANDATORY SETTLEMENT CONFERENCE TO VIDEO CONFERENCE AND ISSUING UPDATED PROCEDURES** |
| v. | |
| SOUTHWEST KEY PROGRAM, INC., a foreign nonprofit, et al., | |
| Defendants. | |

On January 10, 2020, the Court scheduled a Mandatory Settlement Conference ("MSC") in this matter for **July 9, 2020** at **1:30 p.m.** ECF No. 19.  On June 17, 2020, due to the current COVID-19 public emergency[1], the Court converted the July 9, 2020 Settlement Conference to

---

[1] On March 23, 2020, Chief Judge Larry A. Burns amended his original Order in response to the COVID-19 public emergency, which, among other things, excuses personal appearance of counsel and parties at civil court proceedings and notes that judges retain discretion to hold civil proceedings telephonically. See CJO #18-A at ¶ 4B. His original order, CJO #18, is available on the Court website at https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2018.pdf. His amended order, CJO #18-A, which amends paragraph four of CJO #18, is available on the Court website at https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2018-a.pdf. These orders were extended until mid-July by CJO #30, which is available on the Court website at https://www.casd.uscourts.gov/_assets/pdf/news/Order%20of%20the%20Chief%20Judge%2

be telephonic for all attendees. ECF No. 27.  After further consideration, the Court hereby **CONVERTS** the telephonic MSC to be via **videoconference** for all attendees. To facilitate this modification, the Court hereby **ORDERS** as follows:

  1. The Court will use its official Zoom video conferencing account to hold the MSC. **IF YOU ARE UNFAMILIAR WITH ZOOM**:  Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[2]  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device).  Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the MSC.[3]  There is a cost-free option for creating a Zoom account.

  2. Prior to the start of the MSC, the Court will e-mail each MSC participant an invitation to join a Zoom video conference.  Again, if possible, <u>participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance</u>.  Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device will be prompted to download and install Zoom before proceeding when they click on the ZoomGov Meeting hyperlink**.  Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the MSC begins.

  3. Each participant should plan to <u>join the Zoom video conference at least five minutes before the start of the MSC</u> to ensure that the MSC begins promptly at **1:30 p.m.  The**

---

030.pdf.

[2] Participants should use a device with a camera to fully participate in the video conference. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices may offer inferior performance.

[3] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

**Zoom e-mail invitation may indicate an earlier start time, but the MSC will begin at the Court-scheduled time**.

4. Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person MSC. That is, the Court will begin the MSC with all participants joined together in a main session. After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[4] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. No later than **close of business on July 2, 2020**, counsel for each party shall send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the following:

    a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

    c. A **telephone number where each participant may be reached** so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

6. All participants shall display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, <u>each participant should</u>

---

[4] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

<u>ensure that their device is plugged in or that a charging cable is readily available during the video conference</u>.

7. All dates, deadlines, procedures, and requirements set forth in the Court's Order Setting Discovery Deadlines [ECF No. 19] remain in place, except as explicitly modified by this Order.

**IT IS SO ORDERED**.

Dated: 6/30/2020

Hon. Barbara L. Major
United States Magistrate Judge