1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9

10   MARIA HERNANDEZ, an individual, et al.,         Case No.:  19cv1281-JLS(BLM)

11                                  Plaintiffs,      **ORDER GRANTING JOINT MOTION TO**
                                                     **CONTINUE PRETRIAL CONFERENCE**
12   v.                                              **DEADLINES**

13   SOUTHWEST KEY PROGRAM, INC., a foreign          **[ECF No. 41]**
     nonprofit, et al.,
14

15                                  Defendants.

16

17        On December 15, 2020, Plaintiff Maria Hernandez ("Plaintiff") and Defendant Southwest

18   Key Programs, Inc. ("Defendant") filed a Joint Stipulation to Continue L.R. 16(1)(f)(4) Meeting

19   of Counsel; Plaintiff's Final Pretrial Conference Order; Proposed Final Pretrial Conference Order;

20   and Final Pretrial Conference.  ECF No. 41.  After considering the parties' arguments, and good

21   cause appearing, the Court **GRANTS** the parties' joint motion and sets the following dates:

22
| Deadline | Current Date | New Date |
| --- | --- | --- |
| L.R. 16.1(f)(4) Meeting of Counsel | December 16, 2020 | February 4, 2021 |
| Plaintiff's Proposed Pretrial Order due to Defendants | January 7, 2021 | February 11, 2021 |
| Proposed Final Pretrial Conference Order | January 14, 2021 | February 18, 2021 |

28

19cv1281-JLS (BLM)

| Deadline | Current Date | New Date |
|---|---|---|
| Final Pretrial Conference | January 21, 2021 at 1:30 p.m. | February 25, 2021 at 1:30 p.m. |

   All other guidelines and requirements remain as previously set.  See ECF Nos. 7, 19, 30.

   **IT IS SO ORDERED**.

Dated:  12/15/2020

Hon. Barbara L. Major
United States Magistrate Judge

19cv1281-JLS (BLM)