UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, an individual; ROBERTO NAVA, an individual; AZAEL SANCHEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST KEY PROGRAM, INC., a foreign nonprofit; and DOES 1 to 50,<br><br>Defendant. | Case No.: 19-CV-1281-JLS(BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

On February 12, 2021, counsel for Plaintiff informed the Court that the Parties have "reached a tentative settlement". ECF No. 43. Because the Parties have reached a tentative settlement, all other pending dates before Magistrate Judge Major and District Judge Sammartino, including the deadline for Plaintiff's Counsel to file the Proposed Pretrial Conference Order on February 18, 2021, and the Final Pretrial Conference on February 25, 2021, are hereby vacated.

The parties are ordered to filed their joint motion for dismissal of this case, signed by

counsel of record and any unrepresented parties, no later than **March 18, 2021**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **March 18, 2021**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **March 26, 2021** at 9:30 a.m. in Courtroom 4C.

If counsel of record or any unrepreented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: 2/17/2021

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electonic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.