UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, an individual; ROBERTO NAVA, an individual; and AZAEL SANCHEZ, an individual,<br><br>                              Plaintiffs,<br><br>v.<br><br>SOUTHWEST KEY PROGRAM, INC., a foreign nonprofit; and DOES 1 through 50,<br><br>                              Defendants. | Case No.: 19-CV-1281 JLS (BLM)<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. RULE 41(a)**<br><br>(ECF No. 45) |

Presently before the Court is the Parties' Joint Stipulation for Dismissal Pursuant to Fed. Rule 41(a) ("Joint Stip.," ECF No. 45).  The Parties indicate that they have "entered into a written confidential settlement agreement."  *Id.* at 2.  Good cause appearing, the Court **APPROVES** the Joint Stipulation.  The above-captioned matter is **DISMISSED WITH PREJUDICE** in its entirety, with each side to bear its own costs and fees.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: March 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge